**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-02724-CMA-KMT

JOHN M. JOHNSON REVOCABLE TRUST,
a Minnesota Trust, and
MILFORD HOLDING INV. INC., a Minnesota Corporation,

        Plaintiffs,

v.

RCR VAIL, LLC, a Colorado Limited Liability Company,

        Defendant.

---

**ORDER AMENDING SCHEDULING ORDER**

---

This matter comes before the Court on the parties' Joint Motion to Amend the Scheduling Order pursuant to D.C.COLO.LCivR 6.1.  Having reviewed the matter, and good cause being shown, the Motion (Doc. No. 26) is GRANTED, and the Scheduling Order (Doc. No. 14) is amended as follows:

1. The parties shall designate all experts and provide opposing counsel and any *pro se* parties with all information specified in Fed.R.Civ.P.26(a)(2) on or before  July 18, 2011.

2. The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* parties with all information specified in Fed.R.Civ.P.26(a)(2) on or before  August 15, 2011.

3. Discovery Cutoff:  September 15, 2011.

4. The parties may submit written interrogatories, requests for production of documents and/or request for admissions not later than August 12, 2011.

5. Dispositive Motion Deadline: October 17, 2011.

6. The Final Pretrial Conference is reset to December 15, 2011, at 9:30 a.m.

Dated this 1st day of June, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge