## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 10-cv-02724-CMA-KMT

JOHN M. JOHNSON REVOCABLE TRUST, a Minnesota Trust, and
MILFORD HIOLDING INV. INC., a Minnesota corporation,

    Plaintiffs,

v.

RCR VAIL, LLC, a Colorado limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal (Doc. # 29), signed by the attorneys for the parties hereto, it is

ORDERED that the above civil action DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED:  September __08__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge